JANNIE M. RIVERS, as Administratrix of the Estate of HAROLD RIVERS, Deceased, Appellant, v. NEW YORK POLYCLINIC MEDICAL SCHOOL AND HOSPITAL et al., Respondents, et al., Defendants.— In an action to recover damages for the wrongful death of plaintiff's intestate, plaintiff appeals from an order, insofar as it denies her motion for discovery and inspection. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.

∎

ROCK GARDEN NURSERIES, INC., Appellant, v. ELIZABETH L. ELLIOTT et al., as Executors of DAVID H. CLARK, Deceased, et al., Respondents.— In an action for specific performance of a contract for the sale of real property, subject to court approval, order granting motion of defendant MacCartney for summary judgment unanimously affirmed, with $10 costs and disbursements to defendant MacCartney. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ.